DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STATE OF FLORIDA,**
Appellant,

v.

**JUAN TORRES,**
Appellee.

No. 4D22-672

[April 5, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Allison Gilman, Judge; L.T. Case No. 21-19796 TC40A.

Ashley Moody, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellant.

No brief filed on behalf of appellee.

PER CURIAM.

We affirm. Although the trial court erred by sua sponte dismissing the charges involving a traffic crime, the state failed to preserve the arguments that it now raises on appeal. *See State v. C.W.*, 166 So. 3d 950, 951 (Fla. 4th DCA 2015) ("[W]hile we agree with the State that the trial court erred in *sua sponte* dismissing the case, because the State failed to make these arguments below, we affirm.").

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***